IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey C. Lutz,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-04-482-PHX-ECV<br><br>**ORDER** |

Judgment in this matter having been entered on July 13, 2006,

IT IS ORDERED denying Plaintiff's Motion for Declaratory Judgment Rule 47 (Doc. #64).

DATED this 18th day of September, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge